UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRETT GAILEY,

        Plaintiff,

v.

CITY OF EVERETT,

        Defendant.

C19-859 TSZ

ORDER

Plaintiff Brett Gailey's unopposed motion, docket no. 8, for an order of the Court for purposes of 5 U.S.C. § 552a(b)(11) and 32 C.F.R. § 516.46(b)(1), is GRANTED in part and DENIED in part as follows. The Court hereby ORDERS:

(1) The United States Department of Labor, Veterans' Employment & Training Service ("DOL/VETS"), is DIRECTED to release to plaintiff's counsel, Thomas G. Jarrard, 1020 North Washington Street, Spokane, Washington 99201, in the form and at a time and location upon which DOL/VETS and Mr. Jarrard mutually agree, the following materials:

    all reports, complaints, and unprivileged communications relating to the investigation performed by DOL/VETS concerning the City of Everett's alleged violation of plaintiff Brett Gailey's rights under the Uniformed

ORDER - 1

Services Employment and Reemployment Rights Act of 1994 ("USERRA"), 38 U.S.C. §§ 4301 - 4335.

If DOL/VETS withholds any document on the basis of privilege, it shall provide to Mr. Jarrard a privilege log identifying each such item by date, sender, recipient, and explanation for why a privilege is being asserted.

(2) Plaintiff also seeks DOL/VETS records for the past five years pertaining to other individuals whose USERRA or Vietnam Era Veterans Readjustment Assistant Act rights were allegedly by the City of Everett, without giving notice and an opportunity to be heard by such individuals, and as to such request, plaintiff's motion is DENIED.

(3) The Clerk is directed to send a copy of this Order to all counsel of record. Plaintiff's counsel is DIRECTED to serve a copy of this Order on DOL/VETS and to file proof of such service within seven (7) days of the date of this Order.[1] Plaintiff's counsel is further DIRECTED to promptly provide to defendant's counsel copies of all materials released by DOL/VETS and any privilege log produced pursuant to this Order.

IT IS SO ORDERED.

Dated this 9th day of August, 2019.

Thomas S. Zilly
United States District Judge

---

[1] The Court DECLINES to direct the Clerk of Court to issue the subpoena duces tecum proposed by Mr. Jarrard. In addition to being overly broad, the subpoena duces tecum does not qualify as an "order of a court" for purposes of 5 U.S.C. § 552a(b)(11). *See* 32 C.F.R. § 516.46.(b)(1).